419 A.2d 431

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Daryll HEPFORD, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 19, 1980.

Decided Sept. 22, 1980.

Larry E. Stone, Marilyn C. Zilli, Asst. Public Defenders, Harrisburg, for appellant.

Marion E. MacIntyre, First Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

114

PER CURIAM.

Judgment of sentence affirmed.